People ex rel. Welch v Maginley-Liddie (2024 NY Slip Op 03126)

People ex rel. Welch v Maginley-Liddie

2024 NY Slip Op 03126

Decided on June 7, 2024

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on June 7, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

MARK C. DILLON, J.P.
ROBERT J. MILLER
BARRY E. WARHIT
JANICE A. TAYLOR, JJ.

2024-04250

[*1]The People of the State of New York, ex rel. Danielle Welch, on behalf of Carmlee Headley, petitioner,
v
Lynelle Maginley-Liddie, etc., respondent.

Twyla Carter, Kew Gardens, NY (Danielle Welch pro se of counsel), for petitioner.
Melinda Katz, District Attorney, Kew Gardens, NY (Johnnette Traill, Nancy Fitzpatrick Talcott, and Ronald Eniclerico of counsel), for respondent.

DECISION & JUDGMENT
Writ of habeas corpus in the nature of an application to release Carmlee Headley upon his own recognizance or, in the alternative, to set reasonable bail upon Queens County Indictment No. 72915/2023
ADJUDGED that the writ is dismissed, without costs or disbursements.
The Supreme Court, Queens County, did not abuse its discretion in remanding the principal, Carmlee Headley, pursuant to CPL 530.60(1) for good cause shown (see CPL 530.60[1]; see also People ex rel. Rankin v Brann, ___ NY3d ___, 2024 NY Slip Op 00850; People ex rel. Chorny v Toulon, ___ AD3d ___, 2024 NY Slip Op 02493).
DILLON, J.P., MILLER, WARHIT and TAYLOR, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court